UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FEDOROFF FIRM, LLC
504 Aldrich Road
Suite 2E
Howell, New Jersey 07731
732-364-8900; Fax 732-364-6900
VF8030
Attorney for Debtor.

Order Filed on April 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tammy M. Soluri,

                Debtor.

Case No.:   18-29679

Chapter:   13

Hearing Date: April 24, 2019

Judge:   Kathryn C. Ferguson

## ORDER ALLOWING CHAPTER 13 TRUSTEE TO PAY LATE FILED CLAIM OF THE BOROUGH OF BELMAR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by the Fedoroff Firm, L.L.C. attorney for the Debtor, Tammy M. Soluri, by the filing of a *Motion to Allow Chapter 13 Trustee to Pay Late Filed Claim*, and the Court having considered the Certification filed therein, and notice having been provided to the interested parties, and for good and sufficient cause shown;

IT IS HEREBY ORDERED that the Chapter 13 Trustee is allowed and authorized to pay the late filed claim of the Borough of Belmar in the total amount of $2,640.68.