| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FEDOROFF FIRM, LLC<br>504 Aldrich Road<br>Suite 2E<br>Howell, New Jersey 07731<br>732-364-8900; Fax 732-364-6900<br>VF8030<br>Attorney for Debtor. | **Order Filed on April 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>Tammy M. Soluri,<br><br>                Debtor. | Case No.:   18-29679<br><br>Chapter:      13<br><br>Hearing Date: April 24, 2019<br><br>Judge:   Kathryn C. Ferguson |

## ORDER ALLOWING CHAPTER 13 TRUSTEE TO PAY
## LATE FILED CLAIM OF THE BOROUGH OF BELMAR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 30, 2019**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

THIS MATTER having been opened to the Court by the Fedoroff Firm, L.L.C. attorney for the Debtor, Tammy M. Soluri, by the filing of a *Motion to Allow Chapter 13 Trustee to Pay Late Filed Claim*, and the Court having considered the Certification filed therein, and notice having been provided to the interested parties, and for good and sufficient cause shown;

IT IS HEREBY ORDERED that the Chapter 13 Trustee is allowed and authorized to pay the late filed claim of the Borough of Belmar in the total amount of $2,640.68.

United States Bankruptcy Court
District of New Jersey

In re:  
Tammy M Soluri  
      Debtor

Case No. 18-29679-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 01, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
db           +Tammy M Soluri,   1209 Maplewood Road,    Belmar, NJ 07719-2838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for  
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for  
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1  
           rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           Vera   Fedoroff    on behalf of Debtor Tammy M Soluri vf@legalmattersnj.com  
                                                                                            TOTAL: 5