Form ntcfncurv − testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−29679−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tammy M Soluri
   1209 Maplewood Road
   Belmar, NJ 07719

Social Security No.:
   xxx−xx−7994

Employer's Tax I.D. No.:

---

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: Tammy M Soluri
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: December 10, 2021
JAN: mjb

                                                       Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 18-29679-MBK
Tammy M Soluri                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                      Page 1 of 2
Date Rcvd: Dec 10, 2021             Form ID: ntcfncur             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tammy M Soluri, 1209 Maplewood Road, Belmar, NJ 07719-2838 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC as servicing agent for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc, Mortgage Pass-Through Certificates, MANA Series 2007-A bk@stewartlegalgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1 rsolarz@kmllawgroup.com |
| U.S. Trustee | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff

on behalf of Debtor Tammy M Soluri vf@legalmattersnj.com

TOTAL: 6