**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tammy M Soluri | Social Security number or ITIN   xxx–xx–7994 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   18–29679–MBK

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tammy M Soluri

12/29/21

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-29679-MBK

Tammy M Soluri                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                  Page 1 of 3

Date Rcvd: Dec 29, 2021                       Form ID: 3180W                               Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy M Soluri, 1209 Maplewood Road, Belmar, NJ 07719-2838 |
| cr | + | Specialized Loan Servicing, LLC as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517792263 | + | B & B Funding, LLC, 1055 Parsippany Blvd., Suite 200, Parsippany, NJ 07054-1272 |
| 517792266 | + | Borough of Belmar, 601 Main Street, P.O. Box A, Belmar, NJ 07719-0070 |
| 517792267 | + | Chrysler Financial Services Americas LLC, c/o Lyons Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mount Laurel, NJ 08054-1725 |
| 517792268 | + | Chrysler Financial Services Americas LLC, c/o Lyons Doughty & Veldhuis PC, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 517792269 | + | Daimler Chrysler Fin. Serv. Americas LLC, c/o Lyons Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mount Laurel, NJ 08054-1725 |
| 517792270 | + | Daimler Chrysler Fin. Serv. Americas LLC, c/o Lyons Doughty & Veldhuis PC, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 517811095 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517792274 | | Meridian Cardiovascular Interp, P.O. Box 416787, Boston, MA 02241-6787 |
| 517792275 | | Meridian Medical Group, 2240 N.J. 33, Neptune City, NJ 07753 |
| 517792282 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517792285 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517792284 | | Specialized Loan Servicing LLC, P.O. Box 636005, Littleton, CO 80163-6005 |
| 517792292 | + | University Radiology Group, PC, 833 Lacey Road, Forked River, NJ 08731-1200 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517792261 | | Email/Text: ebn@americollect.com | Dec 29 2021 20:21:00 | Americollect Inc., P.O. Box 1566, Manitowoc, WI 54221-1566 |
| 517792262 | | Email/Text: paymentprocessing@avanteusa.com | Dec 29 2021 20:21:00 | Avante USA, 3600 South Gessner, Suite 225, Houston, TX 77063 |
| 517792260 | + | EDI: LTDFINANCIAL.COM | Dec 30 2021 01:23:00 | Advantage Assets II. Inc, 7322 Southwest Freeway, Houston, TX 77074-2134 |
| 517792264 | | EDI: BANKAMER.COM | Dec 30 2021 01:23:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 517792265 | | EDI: BANKAMER.COM | Dec 30 2021 01:23:00 | Bank of America, N.A., FL9-600-02-26, P.O. Box 45224, Jacksonville, FL 32232-5224 |
| 517792272 | + | EDI: CITICORP.COM | Dec 30 2021 01:23:00 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 517792273 | + | EDI: CITICORP.COM | Dec 30 2021 01:23:00 | Macy's/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 517917782 | | EDI: Q3G.COM | | |

District/off: 0312-3                                    User: admin                                        Page 2 of 3
Date Rcvd: Dec 29, 2021                          Form ID: 3180W                                 Total Noticed: 46

| | | Dec 30 2021 01:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
|---|---|---|---|
| 517792271 | + Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Dec 29 2021 20:21:00 | Jersey Shore University Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 517792276 | + EDI: MID8.COM | Dec 30 2021 01:23:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517792277 | + EDI: MID8.COM | Dec 30 2021 01:23:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517792278 | + EDI: MID8.COM | Dec 30 2021 01:23:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517792279 | Email/Text: clientservices@paramountrecovery.com | Dec 29 2021 20:21:00 | Paramount Recovery Systems, 7524 Bosque Blvd, Suite L, Waco, TX 76712-3772 |
| 517916415 | EDI: PRA.COM | Dec 30 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 517916004 | EDI: PRA.COM | Dec 30 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517792280 | Email/Text: signed.order@pfwattorneys.com | Dec 29 2021 20:21:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517873875 | EDI: Q3G.COM | Dec 30 2021 01:23:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517873876 | EDI: Q3G.COM | Dec 30 2021 01:23:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517792281 | Email/Text: bkdepartment@rtresolutions.com | Dec 29 2021 20:21:00 | Real Time Resolutions, Inc, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 517906697 | Email/Text: bkdepartment@rtresolutions.com | Dec 29 2021 20:21:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517792287 | EDI: RMSC.COM | Dec 30 2021 01:23:00 | SYNCB/GAP, P.O. Box 965005, Orlando, FL 32896-5005 |
| 517792286 | EDI: RMSC.COM | Dec 30 2021 01:23:00 | SYNCB/GAP, P.O. Box 965036, Orlando, FL 32896-5036 |
| 517792288 | EDI: RMSC.COM | Dec 30 2021 01:23:00 | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 517792289 | EDI: RMSC.COM | Dec 30 2021 01:23:00 | SYNCB/JC Penneys, P.O. Box 965036, Orlando, FL 32896-5036 |
| 517792283 | + Email/Text: clientservices@simonsagency.com | Dec 29 2021 20:21:00 | Simon Agency Inc., 3713 Brewerton Road Suite 1, N. Syracuse, NY 13212-3843 |
| 517795222 | + EDI: RMSC.COM | Dec 30 2021 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517913027 | + Email/Text: bncmail@w-legal.com | Dec 29 2021 20:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517792290 | + EDI: WTRRNBANK.COM | Dec 30 2021 01:23:00 | TD Bank USA/Target Credit, NCD-0450, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 517792291 | + EDI: WTRRNBANK.COM | Dec 30 2021 01:23:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 31

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | Total Noticed: 46 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021                          Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC as servicing agent for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc, Mortgage Pass-Through Certificates, MANA Series 2007-A bk@stewartlegalgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Debtor Tammy M Soluri vf@legalmattersnj.com |

TOTAL: 6