Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                              Case No.: 18–29679–MBK
                              Chapter: 13
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tammy M Soluri
  1209 Maplewood Road
  Belmar, NJ 07719

Social Security No.:
  xxx–xx–7994

Employer's Tax I.D. No.:

---

# FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 31, 2022</u>                   <u>Michael B. Kaplan</u>
                                               Judge, United States Bankruptcy Court